UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 20 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| ASHLEY CHRISTINA MCCLENDON, | No. 23-55378 |
| Plaintiff - Appellee, | D.C. No. 2:20-cv-07758-RGK-GJS U.S. District Court for Central California, Los Angeles |
| v. | **MANDATE** |
| PETER BRESLER, as an Individual and as the Trustee of the Bressler Trust, |  |
| Defendant - Appellant, |  |
| and |  |
| DOES, 1-10, inclusive, |  |
| Defendant. |  |

The judgment of this Court, entered May 28, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $79.50.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT