| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 29 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| ASHLEY CHRISTINA MCCLENDON,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>PETER BRESLER, as an Individual and as the Trustee of the Bresler Trust,<br><br>　　　　Defendant-Appellant,<br><br>　and<br><br>DOES, 1-10, inclusive,<br><br>　　　　Defendant. | No.   23-55378<br><br>D.C. No.<br>2:20-cv-07758-RGK-GJS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: COLLINS, H.A. THOMAS, and JOHNSTONE, Circuit Judges.

　　Appellant's motion to extend time to file a response to Appellee's motion for attorneys' fees is GRANTED. Dkt. 40. Any opposition brief shall be filed on or before August 5, 2024. Any reply brief to the opposition shall be filed within seven days after service of the opposition. Fed. R. App. P. 27(a)(4). Failure to file an opposition by August 5, 2024 will be treated as a waiver of the right to object to an award of attorneys' fees. 9th Cir. R. 39-1.7.